

Exhibit A 1 of 1