

# Nutrition Facts

About 500 servings per container

**Serving size    1 tsp (2 g)**

**Amount per serving**

## Calories                10

% Daily Value

| | |
|---|---:|
| **Total Fat** 0.5 g | **1%** |
| Saturated Fat 0.5 g | **3%** |
| *Trans* Fat 0 g | |
| **Cholesterol** 0 mg | **0%** |
| **Sodium** 5 mg | **0%** |
| **Total Carbohydrate** 1 g | **0%** |
| Total Sugars 0 g | |
| Incl. 0 g Added Sugars | **0%** |
| **Protein** 0 g | |

Not a signif cant source of polyunsaturated fat, monounsaturated fat, dietary fiber, vitamin D, calcium, iron, and potassium.

Exhibit B 1 of 1